HAMMOUD LAW, P.C.
Youssef Hammoud CA Bar No. 321934
3744 E. Chapman Ave., #F12269
Orange, CA 92859
E: yh@lawhammoud.com
T: (949) 301-9692

THE CONSUMER JUSTICE LAW FIRM
James Ristvedt
AZ Bar #035938
8245 N. 85th Way
Scottsdale, AZ 85258
E: jristvedt@cjl.law
T: (480) 626-1956

*Attorneys for Plaintiff*
*Shawn Williams*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> SAFERENT SOLUTIONS, LLC, et. al., <br><br> Defendants. | **Case No.:** 2:22-cv-01352-JAK-MAA <br><br> **NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Shawn Williams and Defendant Contemporary Information Corporation ("CIC"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement

documents and expect to file the appropriate dismissal papers within the next sixty (60) days. Plaintiff requests the Court vacate all deadlines in this matter, as there are no remaining defendants.

Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Date: December 15, 2022,

>/s/ James Ristvedt
>THE CONSUMER JUSTICE LAW FIRM
>James Ristvedt
>AZ Bar #035938
>8245 N. 85th Way
>Scottsdale, AZ 85258
>E: jristvedt@cjl.law
>T: (480) 626-1956
>
>Youssef Hammoud, CA Bar No. 321934
>Hammoud Law, P.C.
>3744 E. Chapman Ave., #F12269
>Orange, CA 92859
>T: (949) 301-9692
>F: (949) 301-9693
>E: yh@lawhammoud.com
>
>*Attorneys for Plaintiff Shawn Williams*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/ Nataly Clark