**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWN WILLIAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAFERENT SOLUTIONS, LLC, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-01352-JAK (MAAx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE (DKT. 64)** |

1  Based on a review of the Stipulation of Dismissal with Prejudice (the
2  "Stipulation" (Dkt. 64)), sufficient good cause has been shown for the requested relief.
3  Therefore, the Stipulation is **APPROVED**, as follows:
4  This action, and all claims and defenses asserted therein, are dismissed with
5  prejudice as to Saferent Solutions, LLC. The parties' attorney's fees and costs shall be
6  paid in accordance with their settlement agreement.

**IT IS SO ORDERED.**

Dated: January 19, 2023      _____
                             John A. Kronstadt
                             United States District Judge